UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KYLE RAGLESS,

Plaintiff,

v.

MORENCI POLICE DEPARTMENT,

Defendant.

Case No. 26-cv-12389

Honorable Robert J. White

**JUDGMENT**

The Court has dismissed the complaint.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant and against plaintiff. Costs to be permitted in accordance with law.

KINIKIA D. ESSIX
CLERK OF COURT

By: s/Tara Villereal
Deputy Clerk

July 31, 2026

Approved: s/ Robert J. White
Robert J. White
United States District Judge